UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOREY JOHNSON,                                    )
                              Plaintiff,          )
                                                  )          No. 1:20-cv-1055
-v-                                               )
                                                  )          Honorable Paul L. Maloney
COMMISSIONER OF SOCIAL SECURITY,                  )
                              Defendant.          )
                                                  )

## JUDGMENT

The Court has resolved all pending claims.  As required by Rule 58 of the Federal

Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:    September 23, 2022                              /s/  Paul L. Maloney
                                                        Paul L. Maloney
                                                 United States District Judge